# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRAMELL PINDER, | : | |
|        Plaintiff, | : | CIVIL ACTION |
| | : | |
|    v. | : | No. 14-cv-2989 |
| | : | |
| BETSAIDA ORTIZ et al., | : | |
|        Defendants. | : | |

**MCHUGH, J.**                                                                                                       **JANUARY 23, 2015**

## ORDER

This 23rd day of January, 2015, after reviewing Defendants' Motion to Dismiss, as well as all accompanying submissions by all parties, it is hereby **ORDERED** that the Motion to Dismiss is **GRANTED IN PART** and **DENIED IN PART**.

The retaliation claims against Betsaida Ortiz and Paul Kihn contained within Count II of the First Amended Complaint are **DISMISSED**.  The discrimination claims against Betsaida Ortiz and Paul Kihn contained within Count II of the First Amended Complaint will remain.

     /s/ Gerald Austin McHugh
United States District Court Judge